Richardson v New York City Hous. Auth. (2024 NY Slip Op 00036)

Richardson v New York City Hous. Auth.

2024 NY Slip Op 00036

Decided on January 04, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 04, 2024

Before: Singh, J.P., Scarpulla, Pitt-Burke, Higgitt, O'Neill Levy, JJ. 

Index No. 153556/22 Appeal No. 1352 Case No. 2023-00041 

[*1]Abdul Richardson, Plaintiff-Appellant,
v
The New York City Housing Authority et al., Defendants-Respondents.

Mitchell Dranow, Sea Cliff, for appellant.
Wilson Elser Moskowitz Edelman & Dicker LLP, New York (Patrick J. Lawless of counsel), for respondents.

Order, Supreme Court, New York County (Lori S. Sattler, J.), entered on or about December 13, 2022, which granted defendant New York City Housing Authority (NYCHA)'s motion to dismiss the complaint pursuant to CPLR 3211, Public Housing Law § 157, and General Municipal Law § 50-h, unanimously affirmed, without costs.
It is undisputed that plaintiff commenced this action against NYCHA despite his failure to comply with the statutory condition precedent of appearing at a scheduled General Municipal Law § 50-h hearing. Plaintiff's proferred reasons for cancelling three scheduled dates, days or hours before each hearing, were uncorroborated by supporting medical documentation, and on two occasions the reasons stated in his opposition papers contradicted the reasons he gave for cancellation prior to NYCHA's dismissal
motion (see Simon v Bellmore-Merrick Cent. High Sch. Dist., 133 AD3d 557, 558 [1st Dept 2015]; see also Best v New York, 97 AD2d 389, 389 [1st Dept 1983], affd 61 NY2d 847 [1984]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 4, 2024